NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**VELOCITY PATENT LLC,**
*Plaintiff-Appellant*

**v.**

**FCA US LLC,**
*Defendant-Appellee*

———————————

2019-1114

———————————

Appeal from the United States District Court for the Northern District of Illinois in No. 1:13-cv-08419, Judge Thomas M. Durkin.

———————————

**JUDGMENT**

———————————

DEBRA JANECE MCCOMAS, Haynes & Boone, LLP, Dallas, TX, argued for plaintiff-appellant. Also represented by RYAN NATHAN GARDNER; JAMES SHIMOTA, Chicago, IL.

MEGAN S. WOODWORTH, Venable LLP, Washington, DC, argued for defendant-appellee. Also represented by FRANK C. CIMINO, JR., JONATHAN L. FALKLER.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, MOORE, and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 13, 2019
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court